BENJAMIN B. WAGNER
United States Attorney
JARED D. RENFRO
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

FILED
MAY 05 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:11 CR 00162 GSA |
|---|---|
| Plaintiff, | ) VIOLATION: |
| v. | ) 18 U.S.C. § 641 Theft of Government Money |
| TOUA YANG, | ) |
| Defendant. | ) [Class A Misdemeanor] |

## I N F O R M A T I O N

<u>COUNT ONE</u>:    [18 U.S.C. § 641 Theft of Government Money]

   The United States Attorney charges:   T H A T

                    TOUA YANG,

defendant herein, on or about November 9, 2009, in the County of Fresno in the State and Eastern District of California, did knowingly and intentionally cash an altered U.S. Treasury check resulting in a

/ / /
/ / /
/ / /
/ / /
/ / /

1 | payment that exceeded the amount the check was issued for, in
2 | violation of Title 18 U.S.C. § 641.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 4, 2011     By     /s/ Jared D. Renfro
JARED D. RENFRO
Special Assistant U.S. Attorney